469 A.2d 302

Estate of Montgomery.

Appeal of H. Beatty Chadwick.

Argued September 15, 1983. Daniel B. Pierson, V, for appellant; Lawrence Barth, Deputy Attorney General, for Commonwealth, participating party; Seymour C. Wagner, for Provident Nat'l Bank, participating party.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Order affirmed.